# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STARBUZZ TOBACCO, INC., a California corporation, | ) Case No.: SACV15-448 CJC (JCGx) <br> ) Honorable Cormac J. Carney <br> ) |
| Plaintiff, | ) **PERMANENT INJUNCTION** <br> ) |
| vs. | ) <br> ) <br> ) |
| RAM TRADERS INC., a Nevada corporation; RAM KISHAN, an individual, | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) <br> ) <br> ) |

Plaintiff, Starbuzz Tobacco, Inc. ("Plaintiff" or "Starbuzz") and Defendants Ram Traders Inc. and Ram Kishan (collectively, "Defendants"), hereby stipulate to the Court's entry of a permanent injunction against Defendants and in favor of Plaintiff.

This matter, having come before the Court upon the stipulation of the

parties, Defendants having stipulated and agreed to the entry of a Permanent Injunction as a condition for the dismissal of this case, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that,

Defendants Ram Traders Inc., a Nevada corporation, and Ram Kishan, an individual (collectively, "Defendants") and their officers, directors, owners, partners, employees, agents, assigns, and representatives, are hereby permanently and forever enjoined from directly or indirectly:

A.  Infringing upon Starbuzz's copyrighted design (the "Copyrighted Design") as shown below or other designs that bear a substantial similarity to Starbuzz's Copyrighted Design, in any manner, including, but not limited to manufacturing, importing, advertising, promoting, displaying, distributing, selling, and/or offering for sale any products that are not sponsored, approved, guaranteed, or manufactured by Starbuzz (the "Unauthorized Products").



B.  Using, making, offering for sale, selling, importing, displaying, advertising or promoting, distributing, manufacturing or causing to be

manufactured any counterfeit or Unauthorized Products bearing Starbuzz's registered or unregistered trademarks, service marks, or any confusingly similar marks, including, but not limited to, the marks "STARBUZZ", "STARBUZZ TOBACCO, INC.", "STARBUZZ TOBACCO", "STARBUZZ HOOKAH LOUNGE" and/or "STARBUZZ TOBACCO SINCE 2005" (collectively, the "Starbuzz Marks");

    C.    Infringing, counterfeiting, or diluting the Starbuzz Marks or trade dress similar thereto, in connection with the sale of any counterfeit or Unauthorized Products;

    D.    Engaging in any conduct that tends to falsely represent, or is likely to confuse, mislead, or deceive purchasers, and/or members of the public to believe, that the Unauthorized Products sold by Defendants, are connected with, sponsored, approved, or licensed by Starbuzz, or are in some way affiliated with Starbuzz;

    E.    Falsely representing themselves as being connected with Plaintiff, through sponsorship or association, or engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any Unauthorized Products are in any way endorsed by, approved by, and/or associated with Plaintiff;

    F.    Using any unauthorized reproduction, counterfeit, copy, or colorable imitation of the Copyrighted Design or Starbuzz Marks in connection with the

publicity, promotion, sale, or advertising of any goods sold by Defendants, including, without limitation, tobacco, smoking devices, hookahs, e-hoses, electronic hookah, electronic cigarette, e-liquid, charcoal and related items;

G. Using the Copyrighted Design or Starbuzz Marks and/or any version thereof in Defendants' business, websites, and artwork, in connection with the displaying, distributing, offering for sale, selling, shipping, delivering, promoting, or advertising of any Unauthorized Products;

H. Affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent Defendants' goods as being those of Plaintiff, or in any way endorsed by Plaintiff and from offering such goods in commerce; and

I. Assisting, aiding, or abetting any person or business entity in engaging in or performing any of the above-identified activities referred to in subparagraphs (A) through (H) above.

**IT IS FURTHER ORDERED** that this Permanent Injunction shall issue and be enforceable without the posting of security by Plaintiff Starbuzz Tobacco, Inc., pursuant to Federal Rule of Civil Procedure 65(c).

**IT IS FURTHER ORDERED** that this Permanent Injunction shall be deemed to have been served upon the Defendants at the time of its execution by the

Court.

**IT IS FURTHER ORDERED** that the Permanent Injunction shall become effective as of its date of entry by the Court.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Permanent Injunction.

**IT IS SO ORDERED.**

DATED: May 12, 2015

_____
Honorable Cormac J. Carney
United States District Court Judge